UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---
Karen Green Wright
---

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

---
US Department of Education Student Financial Assistance
Collections, GC Services Limited Partnership
---

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:   ☐ Yes    ☐ No
              (check one)

RECEIVED NOV 22 2013 PRO SE OFFICE

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Karen Green Wright
            Street Address   24 SchoolHouse Rpad, PO Box 472
            County, City   Westchester, Waccabuc
            State & Zip Code   New York, 10597
            Telephone Number   914-299-4814   /914 299-1333

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   US Department of Education Student Financial Assistance Collectiond
                  Street Address   PO Box 105081

*Rev. 05/2010*

       County, City   Atlanta
       State & Zip Code   Georgia 30348
       Telephone Number   404-974-9490

Defendant No. 2   Name   GC Services Limited Partnership
       Street Address   6330 Gulfton
       County, City   Harris, Houston
       State & Zip Code   Texas 77081
       Telephone Number   877-244-7901

Defendant No. 3   Name
       Street Address
       County, City
       State & Zip Code
       Telephone Number

Defendant No. 4   Name
       Street Address
       County, City
       State & Zip Code
       Telephone Number

**II.**  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

 A.  What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Questions    ☐ Diversity of Citizenship

 B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

 C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____
   Defendant(s) state(s) of citizenship _____

**III.**  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? At my office at New York University, 25 West 4th Street, NY, NY.

B. What date and approximate time did the events giving rise to your claim(s) occur? Contacted by GC Services Limited by telephone at my office around mid June, 2013. Contacted by the NYU Employment/Payroll office by company email on October 24th, 2013. I spoke to US Dept of Education on or about ~~October 20th~~ November 5, 2013

C. Facts: [What happened to you?] [Who did what?] [Was anyone else involved?] [Who else saw what happened?]

A representative of GC Services called my office telephone at NYU on or about June 15th, 2013 and asked if I was Karen Green, and notified me that there was an unpaid student loan from 1978 in the amount of $13,000 that was unpaid. I advised them that I never took out any student loans and requested them to send a copy of the loan documents. To this date I have not received a copy of the loan docments. On November 5, at 9:54 am I received an email from NYU payroll advising that my wages were being garnished by the US Department of Education in the amount of $13,739.10 for 35 year old student loan from 1979. The garnish papers were addressed to Karen Green but I noticed there was no address for me listed on the garnish paperwork sent to NYU. I immediately called the telephone number listed for questions and requested a copy of the loan documents and advised them that I did not take out a loan to attend college. They advised that to get a copy of the loan documents I needed to contact GC Services and I was provided with a contact telephone number. When I reached GC Services I requested a copy of the loan documents for a second time and I provided them with my home address. To this day, as I seek this temporary injunction, I have not received a copy of the purported loan documents/promissory note fro GC Services. I have notified GC Services that I am filing a notice to show cause. I did this by telephone.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am seeking a temporary injunction against New York University, executing the wage garnish issued by the US Department of Education. I am also seeking to have the US Department of Education and GC Services Limited Partnership properly serve me at my current address with papers including but not limited to a true and certified copy of the original loan documents/promissory note and be afforded my rights under the law to respond to any allegations set forth in their claim.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18th day of November, 20 13.

Signature of Plaintiff _[signature]_

Mailing Address

PO Box 472

Waccabuc, New York 10597

Telephone Number     914-299-1333

Fax Number *(if you have one)*

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

# AFFIDAVIT

State of New York
County of Westchester


I, Karen Wright, 24 Schoolhouse Road PO Box 472, Waccabuc, New York being duly sworn, depose and state:

1. I am an employee of New York University with offices located at 25 West 4th Street, New York, New York.
2. My position at New York University is Director of Development for the Silver School of Social Work. I have the responsibility of raising $5,000,000.00 per year to support the school. Attention to detail and good follow through are very important to achieve a good level of success in my performance.
3. On or about June 15, 2013, I received a telephone call at my New York University offices from GC Services Limited which is a Houston, Texas base collection agency.
4. The representative asked if I was Karen Green and then stated that there was an unpaid student loan in the amount of $13,000.00.
5. I informed them that my parents paid my college tuition and that I never took out a loan for my education.
6. I then requested that they send me a copy of the loan documents and any promissory note for review and they agreed that this would be done.
7. I continually checked the mail at my office (since that was where I was contacted) and also my personal mailbox and to this day I have never received the requested information. I assumed that they had double-checked their records and determined that I was not the Karen Green that they were looking for.
8. On November 5, 2013 at 9:54 am I received an email from the New York University payroll office advising that my wages were being garnished by the US Department of Education in the amount of $13,739.10. I graduated college in 1979 so the laon would be 35 years old. A copy of the garnish papers was attached to the email.
9. I reviewed the garnish paperwork which was addressed to New York University and referenced "Karen Green". I observed that there was no address on the paper work for me whatsoever, and thought that to be very unusual.
10. Further review of the paperwork uncovered a letter to the employer that stated, in part, "We have previously notified the employee that this action was going to take place and have provided the employee with the opportunity to dispute the debt."
11. This was particularly disturbing in light of the fact that there was no address listed for me on any of the paperwork. It was also an attack on my integrity as it specifically and unequivocally stated that I ignored a notice from the federal government.

Affidavit Page 2

12. I called the phone number listed for questions on the Notice of Garnish (404-974-9490 option # 4) at the US Department of Education and spoke with Theresa. Her suggestion was that I call USGA at 800-621-3115 to request a hearing.

13. I was given instructions that I could obtain the documents online and I did so with the operator still on the telephone with me. I noted that the application was based on receipt of a copy of the loan documents/promissory note and making a sworn statement that I was disputing the contents.

14. I advised the operator that I had never received a copy of the loan documents/promissory note and therefore could not complete the process to request a hearing.

15. When I asked the operator to please send me a copy of the loan documents/promissory note she told me that I would have to contact GC Services Limited which was a collection agency.

16. I went on the internet to locate GC Services, obtained the telephone number and called them at about 1:40 on November 5, 2013.

17. I told the operator (Shewanga) I was seeking a release of the wage garnish and she informed me that she did not have the authority to do that.

18. I was transferred to Ms. Donaldson who could not assist me and ultimately spoke with Derrick Bolin who indicated that he was a manager in the garnishment section.

19. He ultimately admitted that his department had copies of the loan documents/promissory note and he agreed he would send them out to me so that I could begin the process to request a hearing. He indicated it would take about two weeks and that I should watch the mail for an envelope coming from PO Box 5609 in Greenville, Texas and not to mistake it for "junk mail".

20. When I arrived at my office on November 6, I began researching the US Department of Education seeking to find someone who could expedite my receiving a copy of the purported loan documents/promissory note.

21. During this search I was able to obtain a telephone number for Ms. Denise Leifeste (202-377-3293) whose name appeared as the signatory on the wage garnish papers served on New York University. That number, however, looped back to the general information number that I called on November 5 (404-974-9490).

22. My continued research and telephone calls led me to the following individuals:
Affidavit Page 3

1. Ms. Christine Vollmerhausen at the Department of Education (202-245-8033) in the Debt & Payment Management Group 2. Mr. David Merrill (202-245-8077) and Mr. Gary Wood (202-245-8118) Director of Financial Management Operations of the US Department of Education.

23. None of the above listed officials of the US Department of Education were able to assist me in expediting my receipt of the loan documents/promissory note upon which the wage garnish was predicated.

24. Very frustrated and nervous about the impending execution of the garnish on my next pay check which would cause me a severe hardship in terms of paying my normal obligations, I contacted the Inspector General's office. I telephoned Steven Anderson (202-245-6918) and Brian Hickey.

25. It was suggested by the Inspector General's office that I call the "Omsbudsman" (202-377-3881) and the Mediation Group.

26. I received a call back from a Mark Bradley who requested that I fax a copy of my driver's license to him and he would compare it to the signature on the promissory note and let me know if they matched. I once again requested that he send me a copy and he indicated that he did not have the authority to do so.

27. On or about November 15, 2013 I received the long awaited package from the collection agency GC Services Limited/US Department of Education. The three enclosures were as follows: 1. AWG Hardship Financial Statement, 2. AWG Request for Hearing, and 3. Discharge: Unauthorized Signature.

28. The copy of the loan document/promissory note was not included as promised by Derrick Bolin at GC Services Limited.

29. I immediately telephoned Mr. Bolin to express my extreme disappointment. He was not available and I spoke with Ned Rossini who said he would correct the matter.

30. On Thursday, November 21 I received my annual bonus check from New York University and it had been garnished. Close to $1,000.00 was deducted which will cause me extreme hardship in meeting my financial obligations.

31. I also took time as to research the legal basis for this garnishment and it appears to me that the US Government Wage Garnishment Order (form SF 3298) was, is and continues to be flawed.
Affidavit Page 4

32. The Wage Garnishment Order references Federal Law 31 USC 3270D and 31 CFR 285.11. I have read these documents as a lay person and noted that 1) the garnish order served on my employer New York University does not include my address which is by law a requirement and 2) I was never given the opportunity to review the loan document/promissory note, never given the opportunity for a hearing, and never notified of this process as required by law.

33. It is now 30 days since the garnish document was received by my employer and I still have not been given a copy of the purported loan documents/promissory note by the Department of Education or its agent GC Services Limited.

34. Based on the above listed arguments and statement of facts, I request that I be granted an immediate Preliminary Injunction and Temporary Restraining Order that prevents my employer New York University from further execution of the wage garnishment.

35. Time is of the essence as I am paid once per month and my paycheck that is due December 1st will be processed by New York University on Tuesday, November 26 because of the Thanksgiving holiday next week.

36. I have done everything in my power to handle this situation but I am in desperate need of the courts intervention to protect my civil rights which have been and continue to be egregiously violated.

I AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

|  |  |
|---|---|
| Date | Karen Wright |

STATE OF NEW YORK
COUNTY OF MANHATTAN

I, the undersigned Notary Public, do hereby affirm that Karen Wright personally appeared before me on the _____ day of November, 2013 and signed the above Affidavit as her free and voluntary act and deed.

|  |  |
|---|---|
|  | Notary Public |





302036271   000432   *********AUTO**MIXED AADC 220
NEW YORK UNIVERSITY
ATTN PAYROLL/GARNISHMENT DEPT
70 WASHINGTON SQ S
NEW YORK NY  10012-1019

October 24, 2013

ACCOUNT #: 1001456697

## LETTER TO EMPLOYER & IMPORTANT NOTICE TO EMPLOYER

Dear Employer,

One of your employees has been identified as owing a delinquent nontax debt to the United States. The Debt Collection Improvement Act of 1996 (DCIA) permits Federal agencies to garnish the pay of individuals who owe such debt without first obtaining a court order. Enclosed is a Wage Garnishment Order directing you to withhold a portion of the employee's pay each pay period and to forward those amounts to us. We have previously notified the employee that this action was going to take place and have provided the employee with the opportunity to dispute the debt.

As both a businessperson and a taxpayer you can understand and appreciate the importance of ensuring that duly owed debts do not go unpaid. Your cooperation in complying with the enclosed Wage Garnishment Order will assist in our efforts to collect the billions of dollars in delinquent nontax debt owed to the United States. A Wage Garnishment Worksheet is enclosed to assist you in determining the proper amount to withhold.

Please read the enclosed documents carefully. They contain important information concerning your responsibilities to comply with this Order. If you have any questions, please call the contact name listed on the Order.

Thank you for your cooperation.

See reverse for *Important Notice to Employer.*

Enclosures:   Wage Garnishment Order (SF-329B)
              Wage Garnishment Worksheet (SF-329C)
              Employer Certification (SF-329D)

STANDARD FORM 329A (11-98)
Prescribed by 31 CFR 285.11

WG15DV01

000432

www.myeddebt.com

# UNITED STATES GOVERNMENT
## WAGE GARNISHMENT ORDER (SF-329B)




| 1. Date of this Order: | 2. Date Mailed to Employer: | 3. Creditor Agency Tracing No. (refer to this number in all correspondence): |
|---|---|---|
| 10/22/2013 | 10/24/2013 | 1001456697 |

**RE:**

| 4. Employee Name: | 5. Employee Social Security No.: |
|---|---|
| KAREN GREEN | 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 |

**TO:**

| 6. Employer: | 7. Employer Mailing Address (include street address, P.O. Box, suite no., city, state, zip code): |
|---|---|
| NEW YORK UNIVERSITY | ATTN PAYROLL/GARNISHMENT DEPT<br>70 WASHINGTON SQ S<br>NEW YORK NY 10012-1019 |

**FROM:**

| 8. Creditor Agency: | 9. Creditor Agency Mailing Address (include street address, city, state, zip code): |
|---|---|
| U.S. Department of Education<br>Student Financial Assistance<br>Collections | US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>PO BOX 105081<br>ATLANTA GA 30348-5081 |
| 10. Contact Name:<br>U.S. Department of Education<br>Student Financial Assistance<br>Collections | 11. Telephone No.:<br>1-404-974-9490 (then press #4) |
| 12. Internet e-mail address: | 13. Fax No.: |

| 14. Amount Due: | 15. As of (Month/Day/Year): | *Note*: The amount due may be increased as a result of additional interest, penalties, and other costs being assessed by the Creditor Agency. |
|---|---|---|
| $13,739.10 | 10/22/2013 | |

**Section 1. ORDER.** YOU, the Employer, are hereby ORDERED to deduct from all disposable pay paid by you to the Employee the Wage Garnishment Amount described in Section 2 of this Order. You are ordered to begin deductions on the first pay day after you receive this Order. If the first pay day is within 10 days after you receive this Order, you may begin deductions on the second pay day after you receive this Order. You are ordered to continue deductions until you receive notification from the Creditor Agency to suspend or discontinue deductions. YOU are further ORDERED to pay the Creditor Agency all Wage Garnishment Amounts deducted by you under

(404) 974-9490 #4

STANDARD FORM 329B (11-98)
Prescribed by 31 CFR 285.11

000432

this order within three (3) business days of the withholding. Employers are encouraged to make payments electronically, if possible, as follows:

| 16. ABA Routing No.: | 17. Account No.: | 18. Agency Location Code (ALC) No.: |
|---|---|---|
| N/A | N/A | N/A |
| 19. Account Title: | 20. Other information required (i.e., tracking no., debtor name, etc.): | |
| N/A | N/A | |

Otherwise, mail checks (postmarked with 3 business days of the withholding) to:

| 21. Mailing address for check payments: |
|---|
| US DEPARTMENT OF EDUCATION |
| NATIONAL PAYMENT CENTER |
| PO BOX 105081 |
| ATLANTA GA 30348-5081 |

## Section 2. WAGE GARNISHMENT AMOUNT.

(a) The Wage Garnishment Amount is $ _____ per pay period in accordance with an agreement between the Creditor Agency and the Employee.

-OR-

(b) The Wage Garnishment Amount for each pay period is the lesser of:

(1) _15_ % of the Employee's disposable pay *(not to exceed 15%)*;

(2) the garnishment amount set forth in 15 U.S.C. 1673(a)(2) (the amount by which the employee's disposable pay exceeds an amount equivalent to 30 times the minimum wage); or

(3) 25% of the Employee's disposable pay less the amounts withheld under the withholding orders with priority. A withholding order with priority is a valid, legally enforceable withholding order that either (1) was received by the Employer prior to this Order, or (2) is an order for family support regardless of date received. Upon termination of any withholding order with priority or upon receipt of an order for family support subsequent to the receipt of this Order, the amount withheld for this order shall be recalculated based on the formula described in this Section 2(b).

*Note*: The Employer may use the attached Wage Garnishment Worksheet to calculate the Wage Garnishment Amount.

**CREDITOR AGENCY CERTIFICATION.** The **CREDITOR AGENCY** herby certifies that this Order is issued in accordance with the requirements of 31 U.S.C. 3720D and 31 C.F.R. 285.11 and is mailed to the Employer on the date shown above.

_____  202 · 377. 3293
CREDITOR AGENCY SIGNATURE   denise.leifeste@ed.gov.

Print Name: _Denise Leifeste_____

STANDARD FORM 329B (11-98) BACK

000432

## IMPORTANT NOTICE TO EMPLOYER

FEDERAL LAW (31 U.S.C. 3720D, 31 C.F.R. 285.11) PROVIDES:

1. <u>Federal law supersedes State law</u>. Federal law applies to wage garnishment pursuant to the Wage Garnishment Order notwithstanding State law.

2. <u>Disposable pay</u>. For purposes of the Wage Garnishment Order, "disposable pay" means the employee's compensation (including, but not limited to, salary, overtime, bonuses, commissions, sick leave and vacation pay) from an employer after the deduction of health insurance premiums and any amounts required by law to be withheld. Proper deductions include Federal, State, and local taxes, State unemployment and disability taxes, social security taxes, and involuntary pension contributions, but do not include voluntary pension or retirement plan contributions, union dues, or amounts withheld pursuant to a court order, and the like. A Wage Garnishment Worksheet is included with the Wage Garnishment Order to assist the employer in calculating disposable pay and the wage garnishment amount.

3. <u>Multiple Withholding Orders</u>. If in addition to the Wage Garnishment Order you, as employer, are served with other withholding orders pertaining to the same employee, then you may withhold sufficient amounts to satisfy the multiple withholding orders simultaneously, up to the maximum amount of 25%. The Wage Garnishment Order should be paid before garnishment or withholding orders that you receive after you receive this one, EXCEPT that family support orders always should be paid first. Upon termination of the family support or prior withholding order(s), the amount withheld for the Wage Garnishment Order shall be increased to the amount stated in Section 2 of the Wage Garnishment Order.

4. <u>Pay cycles</u>. An employer is not required to vary its normal pay and disbursement cycles to comply with the Wage Garnishment Order.

5. <u>Failure to comply</u>. AN EMPLOYER WHO FAILS TO COMPLY WITH THE WAGE GARNISHMENT ORDER SHALL BE LIABLE FOR ANY AMOUNTS THAT THE EMPLOYER FAILS TO WITHHOLD UNDER THE WAGE GARNISHMENT ORDER, PLUS ATTORNEY'S FEES AND COSTS INCURRED BY THE CREDITOR AGENCY TO ENFORCE THE WAGE GARNISHMENT ORDER. IN ADDITION, THE EMPLOYER WHO FAILS TO COMPLY WITH THE WAGE GARNISHMENT ORDER MAY BE LIABLE FOR PUNITIVE DAMAGES AS DETERMINED BY A COURT OF COMPETENT JURISDICTION.

6. <u>No retaliation</u>. AN INDIVIDUAL MAY SUE ANY EMPLOYER WHO DISCHARGES FROM EMPLOYMENT, REFUSES TO EMPLOY, OR TAKES DISCIPLINARY ACTION AGAINST AN INDIVIDUAL SUBJECT TO A WAGE GARNISHMENT ORDER BY REASON OF THE FACT THAT THE INDIVIDUAL'S WAGES HAVE BEEN SUBJECT TO GARNISHMENT UNDER 31 U.S.C. 3720D. A COURT OF COMPETENT JURISDICTION SHALL AWARD ATTORNEY'S FEES TO A PREVAILING EMPLOYEE, AND, IN ITS DISCRETION, MAY ORDER REINSTATEMENT OF THE INDIVIDUAL, AWARD PUNITIVE DAMAGES AND BACK PAY TO THE EMPLOYEE, OR ORDER SUCH OTHER REMEDY AS MAY BE REASONABLY NECESSARY.



# Comments, Feedback and Contact Information

Denise Leifeste
Phone: (202) 377-3293
Fax: (202) 275-0543
Email: denise.leifeste@ed.gov

Roberta Johnson
Phone: (515) 294-0109
Fax: (515) 294-0851
Email: rljohns@iastate.edu

 **U.S. Department of Education**

Search
Advanced Search

Funding  Policy  Research  News  About ED

**About ED**
- Overview
- Contacts
- **Offices**
  - ED Structure
  - Offices
- Boards & Commissions
- Initiatives
- Publications
- ED Performance & Accountability
- Jobs

- About ED
- Budget & Performance
- News
- Publications
- Teaching Resources

- FAQs
- Contact
- Help
- Jobs at ED
- Online Services
- Recursos en español
- Web Survey

**OFFICES**

# OCFO
Office of the Chief Financial Officer

- Home
- Programs/Initiatives
- Office Contacts
- Reports & Resources
- News
- Contracts
- G5 & Grants Resources
- Improper Payments
- Indirect Cost
- Post Audit

**OFFICE OF THE CHIEF FINANCIAL OFFICER**

**Chief Financial Officer**
**Thomas Skelly (Acting)**

**Deputy Chief Financial Officer**
Jim Ropelewski
202-245-6221

**Deputy Chief Financial Officer**
Tim Soltis
202-245-6555

**Executive Staff**
Michael Holloway, Executive Officer
202-245-8440

**Financial Improvement and Post-Audit Operations**
Craig Stanton, Director
202-245-8102

    **Post Audit Group**
    Charles Laster
    202-245-8017

    **Indirect Cost Group**
    Mary Gougisha
    202-245-8035

    **Internal Controls Evaluation Group**
    Phillip Juengst
    202-245-8030

**Contracts and Acquisitions Management**
Jim Hairfield, Director
202-245-6219

    **Program Contracts Group**
    Cynthia Duncan
    202-245-6196

    **Operations Contracts Group**
    Nicole Evans
    202-245-6172

    **Performance & Logistics Group**
    Stephanie Girard
    202-245-6088

    **Education Sciences Contracts Group**
    Sherese Lewis
    202-245-6235

**Financial Management Operations**
Gary Wood, Director
202-245-8118

    **General Accounting Group**
    Cynthia Heath
    202-245-8043

    **Bank Change & Receivables Group**
    Sylvester Osineme
    202-245-8081

— David Merrill
202 245 8077

**How Do I Find...?**
- Student loans, forgiveness
- Pell grants
- College accreditation
- Grants
- No Child Left Behind
- More

**Popular Searches**
- Contact
- FERPA
- i3—Investing in Innovation
- Race to the Top
- TRIO

Teachers

Parents & Families

Preschool-12 Reform

College Affordability

**Get Connected**
- Facebook
- YouTube
- Twitter
- Email Updates

More...

**Related Topics**
- Senior Staff Bios
- Employee Locator
- Other Organizations

**Credit Reform Group**
Christina Dyson
202-245-8028



**Debt & Payment Management Group**
Christine Vollmerhausen
202-245-8033

**Accountability & Financial Reporting Group**
Gail Matthews
202-245-8074

Michael Gordon
202-245-8034

Top

Printable view    SHARE

Last Modified: 07/22/2013

---

**News**
- Press releases
- Speeches
- Media advisories
- Secretary's schedule
- Video
- Newsletters
- Blog

**How do I find...**
- Student loans, forgiveness
- Pell grants
- College accreditation
- Grants
- No Child Left Behind
- More

**Funding**
- Federal student aid
- Apply for grants
- Contract opportunities
- Forecast of funding opportunities

**Research & Statistics**
- Institute of Ed Sciences
- Education statistics
- Evaluation reports
- Nation's Report Card
- State information
- State ed data
- State ed performance

**Policy**
- Recovery Act (ED)
- Obama ed plan
- Recent guidance
- Guidance documents
- Policy by program
- NCLB policy letters
- No Child Left Behind

**Programs**
- By subject
- By title
- By CFDA#
- Search

**About ED**
- Initiatives
- ED offices
- Senior staff
- Political appointees
- Contact
- Boards, committees
- Budget, performance
- Annual reports
- Jobs at ED
- Student Volunteer Internships
- Inspector General
- FAQs
- Online services
- Open Government
- White House Initiatives
- Español

**Site Policies and Notices**
- FOIA
- Privacy
- Security
- Information quality
- Non-Discrimination, No FEAR Act
- Improper payments
- Help

**Other Sites**
- Whitehouse.gov
- Recovery.gov
- USA.gov
- Benefits.gov
- Regulations.gov

---

**Notice of Language Assistance:** English | español | 中文:繁體版 | Việt-ngữ | 한국어 | Tagalog | Русский

Home | Contact Us | Make a Payment







## Dedicated Customer Care Division

Committed to providing the highest level of customer service

**About Us**



From one man to nearly 9,000 employees—learn more about what's behind our tremendous growth. more»

**Customer Care Services**



Your customers are our customers: our internal Quality First™ program standards mean that GC Services handles customer interactions with unparalleled skill. more»

**Accounts Receivable Management**



When you need receivable solutions, GC Services delivers. We've been managing receivables for our clients since 1957, and our award-winning programs get the job done in a firm, fair, friendly way. more»

**Careers**



Become a part of our nearly 9,000 strong workforce—join the GC Services team today! more»

Copyright 2011 by GC Services Limited Partnership
Privacy Policy   |   Site Map   |   Make a Payment



877-244-7901
Re: Student loan
documentation

11/7/2013
214376

UNITED STATES DEPARTMENT OF EDUCATION
DEFAULT RESOLUTION GROUP
REQUESTED PUBLICATIONS ENCLOSED

| QUANTITY | ID | PUBLICATION DESCRIPTION |
|---|---|---|
| 1 | AWG1 | AWG Hardship Financial Statement |
| 1 | AWG2 | AWG Request For Hearing |
| 1 | DIS6 | Discharge: Unauthorized Signature |

If you have questions concerning these publications, please visit www.ed.gov/offices/OSFAP/DCS or call the Department's Default Resolution Group at 1-800-621-3115.

KAREN GREEN
24 SCHOOLHOUSE RD # 472
WACCABUC, NY 10597-1112

2013-11-07-01
156

11/0/2013
2.4155

UNITED STATES DEPARTMENT OF EDUCATION
DEFAULT RESOLUTION GROUP
REQUESTED PUBLICATIONS ENCLOSED

| QUANTITY | ID | PUBLICATION DESCRIPTION |
|---|---|---|
| 1 | DIS6 | Discharge: Unauthorized Signature |
| 1 | IDT1 | Identity Theft Agreement |

If you have questions concerning these publications, please visit www.ed.gov/offices/OSFAP/DCS or call the Department's Default Resolution Group at 1-800-621-3115.

KAREN GREEN
24 SCHOOLHOUSE RD # 472
WACCABUC, NY 10597-1112

2013-11-06-01
150



🖨 Print                                         Close Window

## OIG Regional Offices Contacts

| Office | Contact | Telephone | Address |
|---|---|---|---|
| Boston, MA | Brian Hickey<br>Special Agent in Charge | (617) 289-0174 | 5 Post Office Square, 8th Floor<br>Boston, MA 02109 |
| New York, NY | Daniel Schultz<br>Regional IG for Audit<br><br>Brian Hickey<br>Special Agent In Charge | (646) 428-3860<br><br>(646) 428-3874 | 32 Old Slip, 26th Floor<br>New York, NY 10005 |
| Philadelphia, PA | Bernard Tadley<br>Regional IG for Audit<br><br>Steven Anderson<br>Special Agent In Charge | (215) 656-6900<br><br>(202) 245-6918 | The Wanamaker Building<br>100 Penn Square East, Suite 502<br>Philadelphia, PA 19107 |
| Pittsburgh, PA | Steven Anderson<br>Special Agent In Charge | (202) 245-6918. | Williams S. Moorehead Federal Building<br>1000 Liberty Ave., Suite 1503<br>Pittsburgh, PA 15222-4004 |
| Washington, DC | Steven Anderson<br>Special Agent In Charge | (202) 245-6918 | 400 Maryland Ave. S.W.<br>Washington, D.C. 20202 |
| Atlanta, GA | Denise Wempe<br>Regional IG for Audit<br><br>Yessyka Santana<br>Special Agent in Charge | (404) 974-9416<br><br>(404) 974-9431 | Atlanta Federal Center<br>61 Forsyth Street, Rm. 19T30<br>Atlanta, GA 30303 |
| San Juan, PR | Denise Wempe<br>Regional IG for Audit<br><br>Yessyka Santana<br>Special Agent in Charge | (787) 773-2740 | Parque Las Americas 1<br>235 Federico Costa St., Suite 410<br>San Juan, PR 00918-1912 |
| Pembroke Pines, FL | Yessyka Santana<br>Special Agent in Charge | (404) 974-9430 | 9050 Pines Blvd, Suite 270<br>Pembrike Pines, FL 33024 |
| Chicago, IL | Gary D. Whitman<br>Regional IG for Audit<br><br>Thomas Utz Jr.<br>Special Agent in Charge | (312) 730-1620<br><br>(312) 730-1652 | Citigroup Center<br>500 W. Madison St., Suite 1414<br>Chicago, IL 60661 |
| Nashville, TN | Tom Utz<br>Special Agent in Charge | (312) 730-1652 | 26 Century Blvd<br>Suite 100<br>Nashville, TN 37214 |